AUSA: Sean King Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Trevor Duncan Telephone: (313) 226-0500

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Diego Alexander Sanchez Jimenez

Case No. Case: 2:26−mj−30504
Assigned To : Unassigned
Assign. Date : 8/24/2026
Description: CMP USA V. SANCHEZ−JIMENEZ (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 23, 2026 - July 30, 2026 in the county of Wayne and elsewhere in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Trevor Duncan, Special Agent (HSI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: August 24, 2026

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT AND A CRIMINAL COMPLAINT**

I, Trevor Duncan, a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I have been employed as a Special Agent ("SA") of the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI"), since December 2022, and am currently assigned to HSI Detroit in Detroit, Michigan. While employed by HSI, I have investigated federal criminal violations related to narcotics, human trafficking, child exploitation, and child pornography. I have gained experience through training at the Federal Law Enforcement Training Center (FLETC) where I accrued over 900 hours of training in the Criminal Investigator Training Program (CITP) and Homeland Security Investigations Special Agent Training Program (HSISAT) and everyday work relating to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged

in enforcing the criminal laws, including 18 U.S.C. §§ 2252, and 2252A, and I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Diego Alexander Sanchez Jimenez, for violation of 18 U.S.C. §§ 2252A(a)(1), transportation of child pornography, and 2252A(a)(5)(B), possession of child pornography.

4. The statements in this affidavit are based on my investigation of this matter as well as information conveyed to me by other law enforcement officers, to include other HSI agents, as well as information obtained from local law enforcement officials.

5. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause that Sanchez Jimenez committed the listed offenses.

**PROBABLE CAUSE**

6. On July 30, 2026, at the Ambassador Bridge Port of Entry in Detroit, Michigan, Sanchez Jimenez and three other people presented for inspection by United States Customs and Border Protection (CBP) while traveling by car. During the primary inspection, CBP discovered that the occupants did not have proper travel

documents and referred the car to secondary inspection. At secondary inspection, the occupants were questioned and told CBP that they were driving to Niagara Falls, New York, and were following their GPS when they took the wrong exit towards Canada. The vehicle never made entry into Canada and was turned back to the United States. The occupants were traveling from Illinois to Niagara Falls when they attempted entry into Canada.

7. In secondary inspection, CBP officers detained Sanchez Jimenez's cell phones and conducted a review pursuant to border inspection authority. CBP asked Sanchez Jimenez for the codes to his phones, which he provided. CBP identified four to five images and videos depicting what appeared to be minors engaging in sexual intercourse with adults saved in a hidden folder on one of the phones (Subject Device).

8. Myself and another HSI Special Agent responded to the Ambassador Bridge Port of Entry at CBP's request. During a preliminary review of the Subject Device, pursuant to my border inspection authority as a designated customs officer, I observed six to seven videos and images that showed underage and prepubescent children engaging in sexual intercourse. I detained the phone following these observations. Sanchez Jimenez was taken into custody by CBP due to being a Venezuelan national who was present in the United States without lawful status.

9. On August 11, 2026, I obtained a federal search warrant for the Subject Device. The Subject Device has a listed Apple ID as sanchezjimenezd**@gmail.com along with another account. Law enforcement inquiries for the assigned phone number of ***-***-4911 attached to the Subject Device returned with subscriber listed as Diego Sanchez Jimenez. Subpoena results provided by AT&T listed the user of the phone number attached to the Subject Device as Diego Sanchez. A forensic examination revealed approximately 180 videos and 36 images as depicting child sexual abuse material. Many of the videos depict prepubescent minors engaged in sex acts with adults, fully nude minors displaying genitalia, and minors engaged in masturbation. The files were primarily embedded in an online chat application on the Subject Device. To illustrate, three of the videos that meet the federal definition of child pornography are described below:

a. An approximately 6 minute and 10-second-long video with the filename "[redacted]3241_partial" and a creation date of July 26, 2026. The video depicts a prepubescent female lying on a bed. The video is being filmed from the point of view of an adult male. The adult male strips the prepubescent female naked and digitally penetrates her with vagina. The video then shows the prepubescent female being vaginally penetrated by an adult penis. This video appears to have been distributed by Sanchez Jimenez to another user on the chat application. The same chat appears to be for trading CSAM videos given the presence of other files in my review.

b. An approximately 10-minute-long video with the filename "[redacted]0502_partial" and a creation date of July 23, 2026.

The video depicts a nude adult female and nude prepubescent female on a bed with an additional nude prepubescent female in the background. The adult female rubs and digitally penetrates the vagina of the prepubescent female laying on the bed while an adult male who is filming masturbates. The adult male later rubs his penis on the prepubescent female's vagina. The video was located in the Subject Device's online chat application data.

c. An approximately 16 minute and 35-second-long video with the filename "[redacted]0524" and a creation date of July 24, 2026. The video depicts two nude prepubescent females on a bed with a nude adult male. The adult male uses his hand and mouth to penetrate the vaginas of both prepubescent females before anally penetrating one of the prepubescent females with his penis. The video was located in the Subject Device's online chat application data.

10. Location data obtained from the phone extraction showed the Subject Device in the vicinity of Lansing, Illinois at approximately 10:57 p.m. on July 29, 2026. At approximately 11:02 p.m. on July 29, 2026, the Subject Device was located in the vicinity of Hammond, Indiana. At 11:42 p.m. on July 29, 2026, the Subject Device was in the vicinity of New Buffalo, Michigan. The Subject Device location continued through Michigan on July 30, 2026 at 12:03 p.m. in the vicinity of the Ambassador Bridge in Detroit, Michigan. Based on my training and experience, cell phone users generally keep their phones on or near their person. As such, Sanchez Jimenez likely transported the Subject Device from Illinois to Michigan en route to the intended destination using interstate highways and across state lines.

**CONCLUSION**

11. Based on the foregoing, there is probable cause for a criminal complaint and arrest warrant for Diego Alexander Sanchez Jimenez, for violations of 18 U.S.C. §§ 2252A(a)(1), transportation of child pornography, and 2252A(a)(5)(B), possession of child pornography.

Respectfully submitted,

Trevor Duncan, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

Date: August 24, 2026